IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: |
| ) | 1:13-cv-1358-AT |
| UNITED AUTOMOBILE ) | |
| INSURANCE, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3, Plaintiff Latisha Miller submits the following:

(1) The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Latisha Miller

United Automobile Insurance Company, whom the parties agree was misidentified in the original complaint as United Automobile Insurance.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having

either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

The law firm of Slappey & Sadd, LLC, counsel for plaintiffs, and its members.

Ms. Cindy Graham, who has the judgment against Ms. Miller.

Latisha Miller

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

The undersigned for Ms. Miller.

Sean Hines, Downey & Cleveland, LLP, 288 Washington Ave., Marietta GA, for United Auto.

Submitted May 23, 2013.

> *Richard E. Dolder, Jr.*
> James ("Jay") Sadd
> Georgia Bar No. 622010
> Richard E. Dolder, Jr.
> Georgia Bar No. 220237
> SLAPPEY & SADD
> 352 Sandy Springs Circle
> Atlanta, Georgia 30328
> (404) 255-6677 (telephone)
> jay@lawyersatlanta.com
> rich@lawyersatlanta.com
> Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record for United Automobile Insurance. I further certify that the forgoing was prepared in Times New Roman 14pt and otherwise complies with Local Rule 5.1.

Respectfully submitted May 23, 2013.

>*/s/ Richard E. Dolder*
>Richard E. Dolder
>Georgia Bar No. 220237
>SLAPPEY & SADD, LLC
>352 Sandy Springs Circle
>Atlanta, Georgia 30328
>(404) 255-6677 (voice)
>rich@lawyersatlanta.com
>Attorney for Plaintiff