IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE NO. 1:13-cv-1358-AT |
| UNITED AUTOMOBILE ) | |
| INSURANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## RULE 5.4 CERTIFICATE

I hereby certify that I have served:

1. Defendant's Responses to Plaintiff's First Interrogatories;
2. Defendant's Response to Plaintiff's First Request for Production of Documents
3. Defendant's Request for Admissions to Plaintiff;
4. Defendant's First Continuing Interrogatories to Plaintiff; and
5. Defendant's First Request for Production of Documents to Plaintiff

upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage pre-paid, addressed to counsel of record as follows:

[address to follow]

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233

1

James (Jay) Sadd, Esq.
Richard E. Dolder, Jr.
Slappey & Sadd
352 Sandy Springs Circle
Atlanta, GA 30328

This 14th day of June, 2013.

                              **DOWNEY & CLEVELAND, LLP**

                              By:   /s/ Sean L. Hynes
                                    SEAN L. HYNES
                                    Georgia State Bar No. 381698
                                    hynes@downeycleveland.com

# CERTIFICATION OF FONT

I hereby certify that this document has been prepared using one of the font and point selections approved by the Court in L.R. 5.1B. I also certify that I have electronically filed the preceding document with the Clerk of Court using the CM/ECF system.

This 14th day of June, 2013.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:  /s/ Sean L. Hynes
    SEAN L. HYNES
    Georgia State Bar No. 381698
    hynes@downeycleveland.com

4812-3690-6260, v. 1

DOWNEY & CLEVELAND, LLP
Attorneys at Law
288 Washington Avenue
Marietta, Georgia 30060
(770) 422-3233