IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA MILLER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED AUTOMOBILE<br>INSURANCE COMPANY,<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.:<br>) 1:13-cv-1358-AT<br>)<br>)<br>)<br>) |

### ORDER GRANTING CONSENT MOTION AND STIPULATION REGARDING PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS

This matter having come before the Court on the parties' joint Consent Motion and Stipulation Regarding Plaintiff's First Request for Admissions, and it appearing to the Court that granting the Motion and Stipulation is proper in this case, THE COURT HEREBY ORDERS as follows:

- Any admissions by the Defendant under Fed. R. Civ. P. 36 (a)(3) based on any failure to respond by the Defendant are withdrawn and

- The Defendant shall have fourteen (14) days from the date this Order is entered to serve any responses to Plaintiff's First Request for Admissions.

IT IS SO ORDERED, this 10th day of December, 2013.

_____
HON. AMY TOTENBERG
UNITED STATES DISTRICT JUDGE