IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATISHA MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: |
| ) | 1:13-cv-1358-AT |
| UNITED AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the parties hereto stipulate and agree that this action is hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

[SIGNATURES APPEAR ON FOLOWING PAGE]

Respectfully submitted on January 23, 2014.

/s/ Richard E. Dolder
JAMES (JAY) SADD
State Bar No. 622010
RICHARD E. DOLDER
GA Bar No. 220237
**Counsel for Plaintiff**

**SLAPPEY & SADD, LLC.**
352 Sandy Springs Circle
Atlanta, GA  30328
Telephone:  404-255-6677

/s/ Ronald F. Negin
RONALD F. NEGIN, ESQ.
GA Bar No. 537190
ROBYN M. ROTH, ESQ.
GA Bar No. 153025
**Counsel for Defendant**

**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338
Telephone:  770- 391-9100

## CERTIFICATE OF SERVICE

I certify that, on this date, I electronically filed the foregoing **Joint Stipulation of Dismissal With Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Ronald F. Negin
>Robyn M. Roth
>Bovis, Kyle & Burch, LLC
>200 Ashford Center North
>Suite 500
>Atlanta, GA  30338

This 23 day of January, 2014

>*/s/ Richard E. Dolder*
>Richard E. Dolder
>GA Bar No. 220237
>**Counsel for Plaintiff**

**SLAPPEY & SADD, LLC.**
352 Sandy Springs Circle
Atlanta, GA  30328
Telephone:  404-255-6677